# EXHIBIT 1

Int. Cls.: 9, 16, 18, 25 and 28

Prior U.S. Cls.: 1, 2, 3, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 41 and 50

Reg. No. 2,210,029

## United States Patent and Trademark Office

Registered Dec. 15, 1998

## TRADEMARK
## PRINCIPAL REGISTER



MERCIS B.V. (NETHERLANDS CORPORA-TION)
JOHANNES VERMEERPLEIN 3
1071 DV AMSTERDAM, NETHERLANDS

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, STEREO RE-CEIVERS AND AUDIO CASSETTE PLAYERS; MAGNETIC DATA CARRIERS, NAMELY, COMPUTER DISCS, RECORDING DISCS, AUDIO AND VIDEO CASSETTES, VIDEO TAPES, COMPACT DISCS, LASER DISCS, MINI DISCS, ALL FEATURING CHILDREN'S FILMS, MUSIC AND/OR CHILDREN'S STORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, STICKERS, POSTERS, POSTCARDS, PIC-TURES, ANNOUNCEMENT CARDS, GREET-ING CARDS, CHRISTMAS CARDS, GIFT CARDS, PLAYING CARDS, OCCASION CARDS, WRITING PAPER AND ENVELOPES, NOTE CARDS, DIARIES, NOTEPAPER, PHOTO ALBUMS, CALENDARS, NOTE BOOKS, HEIGHT CARDS, BINDERS, SKETCH BOOKS, INVITATIONS, PRINTED MATTER, NAMELY, CHILDREN'S ACTIVITY BOOKS, CHILDREN'S BOOKS, COLORING BOOKS, BABY BOOKS, GENERAL FEATURE MAGAZINES, CHIL-DREN'S MAGAZINES; STATIONERY, NAMELY, PENS, PENCILS, PENCIL CASES, INDIA-RUBBER ERASERS, PENCIL ERASERS, PENCIL SHARPENERS AND BOOKENDS; PRINTING BLOCKS; RUBBER STAMPS; ADHE-SIVES FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTS AND CRAFTS MATERIALS FOR CHILDREN, NAMELY, PAINT, WATER-COLOURS, PENCILS, COLOUR-PENCILS, COL-OURED CHALK, FELT PENS; PAINT BRUSH-

ES; TYPEWRITERS; PAPER TEACHING MATERIAL FOR CHILDREN; PLASTIC BAGS AND PLASTIC BUBBLE PACKS FOR PACKAGING; PAPER NAPKINS; PAPER PARTY HATS; PAPER TOWELS; PAPER HANDKERCHIEFS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES, NAMELY, TRUNKS AND TRAVELLING BAGS; BAGS, NAMELY, TRAVEL BAGS, CARRY-ON BAGS, OVERNIGHT BAGS, DUFFEL BAGS, BACKPACKS, ALL PURPOSE SPORT BAGS, GYM BAGS, BEACH BAGS, BOOK BAGS, SCHOOL BOOK BAGS, LEATHER SHOPPING BAGS, TEXTILE SHOPPING BAGS, TOTE BAGS, SHOULDER BAGS, LEATHER MERCHANDISE BAGS; UMBRELLAS, PARASOLS; WALLETS, PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING, NAMELY, BATHING SUITS, BEACHWEAR, BLOUSES, COATS, COVERALLS, CRAVATS, DRESSES, GLOVES, JACKETS, JEANS, JOGGING SUITS, JUMPERS, NECKWEAR, NIGHT GOWNS, NIGHT SHIRTS, PAJAMAS, PANTS, PULLOVERS, RAINWEAR, SHIRTS, SHORTS, SKIRTS, SLEEPWEAR, SOCKS, SPORT SHIRTS, SUITS, SWEATERS, T-SHIRTS, BOW TIES, TROUSERS, UNDERCLOTHES, UNDERWEAR, WARMUP SUITS; FOOTWEAR AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FOR: GAMES, PLAYTHINGS, GYMNASTIC AND SPORTING ARTICLES NOT INCLUDED IN OTHER CLASSES, NAMELY, HAND BALLS; TOYS, NAMELY, TOY FIGURES, WIND-UP WALKING TOYS, WIND-UP TOYS, ELECTRICAL AND MECHANICAL ACTION TOYS, TOY MOBILES, TOY VEHICLES, NON-RIDING TRANSPORTATION TOYS, PLUSH TOYS, STUFFED TOYS, SOFT SCULPTURE TOYS, TOY BOXES, SQUEEZABLE SQUEAKING TOYS, WATER SQUIRTING TOYS, BATH TOYS, BATHTUB TOYS, INFLATABLE BATH TOYS, INFLATABLE RIDE-ON TOYS, RIDE-ON TOYS, MULTIPLE ACTIVITY TOYS FOR CHILDREN AND BABIES, BABY RATTLES, ACTION CRIB TOYS FOR INFANTS, JIGSAW PUZZLES, PARTY FAVORS IN THE NATURE OF SMALL TOYS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF BENELUX REG. NO. 573738, DATED 8-23-1995, EXPIRES 8-23-2005.

SER. NO. 75-168,116, FILED 9-18-1996.

JAMES A. RAUEN, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 4,248,049**

**Registered Nov. 27, 2012**

**Int. Cls.: 16, 25, 28 and 35**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*David J. Kappos*

Director of the United States Patent and Trademark Office

MERCIS B.V. (NETHERLANDS B.V.)
JOHANNES VERMEERPLEIN 3
NL-1071 DV AMSTERDAM
NETHERLANDS

FOR: PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, STICKERS, POSTERS, POSTCARDS, ANNOUNCEMENT CARDS, GREETING CARDS, CHRISTMAS CARDS, GIFT CARDS, WRITING PAPER AND ENVELOPES, DIARIES, PHOTO ALBUMS, CALENDARS, NOTE BOOKS, CHARTS FOR DISPLAYING DATA ABOUT HUMAN HEIGHT AND ALSO DISPLAYING A RULER FOR MEASURING A PERSON'S HEIGHT, SKETCH BOOKS, INVITATION CARDS, PAPER NAPKINS; PAPER TOWELS; PAPER HANDKERCHIEFS, TISSUES, GIFTWRAP PAPER; PRINTED MATTER, NAMELY, CHILDREN'S ACTIVITY BOOKS, CHILDREN'S BOOKS, COLORING BOOKS, BABY BOOKS, GENERAL FEATURE MAGAZINES AND CHILDREN'S MAGAZINES; BOOKBINDING MATERIAL; PHOTOGRAPHS; STATIONERY, NAMELY, PENS, PENCILS, PENCIL CASES, PENCIL SHARPENERS AND BOOKENDS, ERASERS MADE OF RUBBER, PRINTING BLOCKS; ADHESIVE FOR STATIONERY OR HOUSEHOLD PURPOSES; ARTISTS' MATERIALS, NAMELY, ARTS AND CRAFTS MATERIALS FOR CHILDREN, NAMELY, ARTS AND CRAFT PAINT KITS, PENCILS, PAINT BRUSHES, COLOR PENCILS, COLORED CHALK; TYPEWRITERS; OFFICE REQUISITES, NAMELY, HOLE PUNCHERS, STAPLERS, RUBBER BANDS; PRINTED INSTRUCTIONAL AND TEACHING MATERIAL IN THE FIELD OF MATH, ELEMENTARY FUNDAMENTALS, AND MUSIC; PLASTIC BAGS AND PLASTIC BUBBLE PACKS FOR PACKAGING; PRINTERS' TYPE; PRINTING BLOCKS; DISPOSABLE BABIES' DIAPERS OF PAPER AND CELLULOSE, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: CLOTHING FOR CHILDREN AND CLOTHING FOR BABIES, NAMELY, BEACHWEAR, BLOUSES, COATS, DRESSES, GLOVES, JACKETS, JEANS, JOGGING SUITS, JUMPERS, NECKWEAR, NIGHT SHIRTS, PAJAMAS, NIGHT GOWNS, PANTS, PULLOVERS, RAINWEAR, SHIRTS, SHORTS, SKIRTS, SLEEPWEAR, SINGLETS, OVERALLS, TRACKSUITS, TIGHTS, CARDIGANS, CAPS, BASEBALL CAPS, SWIMMING CAPS AND SHOWER CAPS, EARMUFFS FOR WARMING, BRIM BONNETS, SOCKS, SPORT SHIRTS, SWEATERS, T-SHIRTS, TROUSERS, UNDERCLOTHES, UNDERWEAR, HOSIERY, SWIMMING SUITS, GYMNASTIC SUITS, LAYETTES, WATERPROOF TOPS, BOTTOMS, AND FOOTWEAR, THEATRICAL COSTUMES, NECKTIES, SCARVES, BELTS, PARTY HATS; FOOTWEAR, HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

**Reg. No. 4,248,049**  FOR: GAMES, NAMELY, BOARD GAMES, CARD GAMES, ACTION SKILL GAMES, AND ARCADE GAMES; PLAYTHINGS, NAMELY, TOYS, NAMELY, TOY FIGURES, WIND-UP WALKING TOYS, WIND-UP TOYS, ELECTRICAL AND MECHANICAL ACTION TOYS, TOY MOBILES, TOY VEHICLES, NON-RIDING TRANSPORTATION TOYS, SOFT SCULP-TURE TOYS, TOY BOXES, SQUEEZABLE SQUEAKING TOYS, WATER SQUIRTING TOYS, INFLATABLE BATH TOYS, INFLATABLE RIDE-ON TOYS, RIDE-ON TOYS, MULTIPLE ACTIVITY TOYS FOR CHILDREN AND BABIES, BABY RATTLES, ACTION CRIB TOYS FOR INFANTS, JIGSAW PUZZLES, PARTY FAVORS IN THE NATURE OF SMALL TOYS; APPARATUS FOR ELECTRONIC GAMES WITH A BUILT IN LCD SCREEN; GYMNASTIC APPARATUS; SPORTING ARTICLES, NAMELY, HAND BALLS, FOOTBALLS; CHRISTMAS TREE DECORATIONS; PLAYING CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FOR: ADVERTISING; BUSINESS MANAGEMENT; BUSINESS ADMINISTRATION; PROVIDING OFFICE FUNCTIONS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

OWNER OF U.S. REG. NOS. 2,210,029, 2,393,442, AND 3,063,810.

PRIORITY DATE OF 3-31-2011 IS CLAIMED.

OWNER OF INTERNATIONAL REGISTRATION 1103662 DATED 9-28-2011, EXPIRES 9-28-2021.

THE MARK CONSISTS OF A STYLIZED RABBIT WEARING A DRESS, WITH DOTS FOR EYES AND AN "X" FOR A MOUTH. THE DRESS HAS A ROUNDED COLLAR AND A SINGLE BUTTON AT THE TOP. THE RABBIT IS INSIDE A RECTANGLE WITH ROUNDED CORNERS.

SER. NO. 79-107,924, FILED 9-28-2011.

JASON BLAIR, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,516,174**

**Registered Jul. 17, 2018**

**Int. Cl.: 18, 24**

**Trademark**

**Principal Register**

Mercis B.V. (NETHERLANDS BESLOTEN VENNOOTSCHAP (B.V.))
Johannes Vermeerplein 3
Nl-1071 Dv Amsterdam
NETHERLANDS

CLASS 18: Leather and imitations of leather, and goods made of these materials and not included in other classes, namely, trunks and travelling bags, suitcases, shopping bags, slings for carrying infants, pouch baby carriers, collars for animals, handbags, credit card cases, wallets, travel cases, bags, backpacks, keycases, sport bags, beach bags; umbrellas, parasols

CLASS 24: Textiles and textile goods, not included in other classes, namely, cloths for removing make-up; bath linen except clothing, linen bedding, bed linen; quilts, bed blankets, diaper changing cloths for babies, shower curtains of textile or plastic, towels, cushion covers, pillowcases, bed sheets, sleeping bag liners, place mats of textile, tablecloths not of paper, table linen not of paper, table napkins of textile, bath mitts; bed and table covers of textile

The mark consists of a stylized rabbit wearing a dress, with dots for eyes and an X for a mouth. The dress has a rounded collar and a single button at the top. The rabbit is inside a rectangle with rounded corners.

OWNER OF INTERNATIONAL REGISTRATION 1103662 DATED 09-28-2011, EXPIRES 09-28-2021

SER. NO. 79-217,451, FILED 08-21-2017



Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,652,014**

**Registered Jan. 15, 2019**

**Int. Cl.: 9, 11, 12, 14, 21, 26**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

Mercis B.V. (NETHERLANDS BESLOTEN VENNOOTSCHAP (B.V.))
Johannes Vermeerplein 3
Amsterdam, NETHERLANDS NL1071 DV

CLASS 9: Calculating machines; audio- and video discs featuring children's films, music and children's stories; audio and video compact discs featuring children's films, music and children's stories; optical compact discs featuring children's films, music and children's stories; exposed cinematographic films; Video disks and video tapes with recorded animated cartoons; audio and video cassettes featuring children's films, music and/or children's stories; digital video discs featuring children's films, music and children's stories; glasses and sunglasses; decorative refrigerator magnets; video games software

CLASS 11: Apparatus for lighting, namely, lamp globes, arc lamps, electric incandescent lamps, electric lamps, electric lights for Christmas trees, bicycle lights, lamp glasses, chandeliers, lampshade holders, lamp shades, lamps, fairy lights for festive decoration, LED light apparatus that clips on to a handbag, used to illuminate a handbag, LED lights, vehicle lights, ceiling lights, lamp reflectors, reflectors for vehicles, directional lights for bicycles, electric torches for lighting, battery-operated torches for lighting, safety lamps, pocket search lights, flashlights, wall lights, battery operated lights, battery operated night lights; Apparatus for heating purposes, namely, hot water bottles, electric heating pads not for medical purposes, electric blankets not for medical purposes, electrically heated footmuffs, electric kettles, electric pocket warmers for warming hands, non-electric pocket warmers for warming hands, electric heaters for feeding bottles

CLASS 12: Vehicles, namely, bicycles, tricycles for children, scooters for children, baby carriages, strollers, prams, wheelchairs; apparatus for locomotion by land, air or water, namely, inflatable rubber boats for children; bicycles, go-carts

CLASS 14: Precious metals and their alloys and goods in precious metals or coated therewith, namely, jewelry bracelets, jewelry charms; figurines of precious metal; jewels; jewelry brooches; tie pins; jewelry necklaces; charms for jewelry; watch cases being parts of watches, watch chains; jewelry boxes; cases being parts of clocks; jewelry chains; beads for making jewelry; cufflinks; jewelry medallions; collectible coins; earrings; jewelry, namely, pearls; jewelry rings; cases adapted for holding watches; lapel pins; key rings comprised of split rings with decorative trinkets or fobs; cloisonne pins; costume jewelry, namely, paste jewelry; jewelry; precious stones; horological and chronometric instruments

CLASS 21: Household or kitchen utensils and containers, namely, kitchen containers, lunch

boxes, thermos flasks, melamine dishes, toilet paper roll dispenser, dustbins, cookery molds, cups of paper, cups of plastic, window boxes, covers not of paper for flower pots, flower pots, boxes for sweetmeats, busts of china, terra-cotta or glass, bread baskets for domestic use, bread boards, bread bins, pastry cutters, trays for domestic purposes of paper, trays for domestic purposes, mugs, drinking vessels, straws for drinking, plates, disposable table plates, chopsticks, egg cups, electric toothbrushes, buckets, buckets made of woven fabrics, flasks, empty spray bottles, bottles sold empty made of recycled plastic, watering cans, glass bowls, glass flasks, glass containers for household use, containers for household or kitchen use, cookie cutters, cookie jars, cages for pets, cups, crystal beverage glassware, coasters not of paper and other than table linen or textile, trivets as table utensils, oven mitts, waste paper baskets, fitted picnic baskets including melamine tableware, dishes, paper plates, salad bowls, cutting boards for the kitchen, soup bowls, ice cube molds of silicone, piggy banks, flower vases, sugar bowls, tart scoops, cake moulds, toothbrushes, toothpick holders, toothpicks, floss for dental purposes, tea infusers, tea cosies, teapots, tea services in the nature of tableware, tea strainers, insulating flasks, toilet brushes, toilet roll holders, toilet brush holder, ice cube molds, heat-insulated containers for household purposes, heat-insulated containers for beverages, thermally insulated containers for food, soap dispensers, soap dishes, soap boxes, non-electric heaters for feeding bottles, combs and sponges, brushes, namely, hair brushes for children and babies, glassware, porcelain and earthenware, namely, coffee service in the nature of table ware, tea services in the nature of table ware, flasks, jars, mugs, plates, dishes, bowls, cups, egg cups, saucers

CLASS 26: Lace and embroidery, ribbons and braid; buttons; hooks and eyes; sewing pins and knitting needles; artificial flowers

The mark consists of a stylized rabbit wearing a dress, with dots for eyes and an X for a mouth. The dress has a rounded collar and a single button at the top. The rabbit is inside a rectangle with rounded corners.

OWNER OF INTERNATIONAL REGISTRATION 1389570 DATED 08-21-2017, EXPIRES 08-21-2027

SER. NO. 79-227,048, FILED 08-21-2017

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,663,554**

**Registered Jan. 29, 2019**

**Int. Cl.: 16, 18, 24, 25, 28, 35**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

Mercis B.V. (NETHERLANDS BESLOTEN VENNOOTSCHAP (B.V.))
Johannes Vermeerplein 3
Nl-1071 Dv Amsterdam
NETHERLANDS

CLASS 16: Paper, cardboard; Paper, cardboard and products made of cardboard and paper, namely, billboards being printed advertising boards of paper, prints; book plates, posters, cellulose wipers, photo albums, statuettes of paper mache, notepads, flower pot casings being flower pot covers of paper, book coverings, travel books, recipe books, sketch books, children's' books, bookmarkers, personal book organizers, booklets in the field of travel booklets, recipe booklets, sketch booklets, children's' booklets; embroidery design patterns, postcards, stationery, brochures in the field of travel, recipe, sketch, children; catalogs in the field of travel, recipe, sketch and children; document folders in the form of wallets and cases for documents being carrying cases made of paper for documents; letter files, paper boxes, envelopes, paper labels, non-textile being paper labels; printed publications, in the nature of books, booklets, brochures, magazines in the field of recipe, sketch, children; graphic art reproductions, graphic representations, face towels of paper, pencil and pencil holders; Cards, namely, note cards, announcement cards, Christmas cards, paper gift cards, invitation cards, birthday cards; calendars; cardboard packaging; scented or non-scented notice note cards; song books; rulers and square rulers for drawing; loose-leaf binders; printing sewing patterns, notebooks, coasters of paper and coasters of cardboard, folders, wrapping paper, palettes for painters, passport cases, pen holders, pencil boxes, place cards, printed tickets, placemats of paper, pencil holders, pencil pointers being pencil sharpeners, silkscreen prints; school supplies in the nature of pens, pencils, colour-pencils, writing paper, notepaper, pencil cases, erasers made of rubber, pencil sharpeners and bookends, drafting rulers, mechanical pencil sharpener; exercise books, writing supplies in the nature of writing pads, notebooks, pens, pencils, colour-pencils; stationery writing boxes, stationery writing cases, seals, comic books, tablecloths of paper, table linen of paper, tablemats of paper, table napkins of paper, drawing materials for blackboards, drawing blocks in the nature of reams of drawing paper; stationery drawing curves; stationery drawing cases, drawings, drawing instruments, drawing rulers, drawing templates, magazines featuring travel, recipe, sketch, children; toilet paper, pennons in the nature of paper pennants, sheets of paper for notetaking, paper flags, weekly and monthly magazines featuring travel, recipe, sketch, children; greeting cards, greeting cards with music, globes, handkerchiefs of paper, paper, gift bags, food wrappers, giftwrap paper, paper bags for packaging, stamps seals; printed matter, namely, children's activity books, children's books, coloring books, baby books, magazines in the field of children's interest, general feature magazines; photographs; stationery; adhesives materials for office use or for household purposes; artists' materials, namely, molds for modelling clays, arts and crafts

materials for children, namely, arts and craft paint kits, paint brushes, colored chalk; drawing brushes, paint brushes, painter's brushes, writing brushes; office requisites, namely, rubber bands, staplers, staple removers, hole punchers; instructional and teaching material, namely, printed instructional and teaching material in the field of math, music, and a variety of educational disciplines in pre-school through eighth grade; plastic materials for packaging, not included in other classes, namely, plastic film for use as packaging material for general use; plastic bags and plastic bubble packs for packaging

CLASS 18: Leather and imitations of leather, namely, travelling bags, suitcases, shopping bags, trunks; suitcases and travel bags; umbrellas and parasols and walking sticks; bags, namely, weekend bags; bags, namely, travel bags, overnight bags, backpacks, all purpose sport bags, gym bags, beach bags, book bags, school book bags, leather shopping bags, textile shopping bags, tote bags, shoulder bags, sports bags; beauty cases, empty, namely, cosmetic cases sold empty; grocery tote nets being textile shopping bags; animal leashes; pouch baby carriers; sling bags for carrying infants; collars for animals; umbrella covers; credit card holders, wallets; cardholders, namely, business card holders in the nature of card cases; company card holders being business card cases; purses; clothing for animals; rucksacks; leather straps; music cases; billfolds; travelling sets, in the nature of leatherware, namely, briefcases and travelling bags and suitcases; leashes for animals; leather shoulder straps for carrying skates; backpacks; leather shoulder straps; key cases

CLASS 24: Textiles and textile goods, not included in other classes, namely, textile bed covers, textile table covers, bath linen except clothing, bed linen, quilts, unfitted fabric furniture covers, bed blankets, door curtains, fabrics for textile use, diaper changing cloths for babies, shower curtains of textile, labels of cloth, curtains of textile, towels of textile, face towel of textile, cushion covers, household linens, pillow cases, bed sheets, sleeping bag liners, textile coasters, textile serviettes, fitted toilet covers of fabric, textiles place mats, lap robes namely travelling rugs, textile tablecloths, textile table linen, textile table runners, tablemats of textile, table napkins of textile, textile flags, wall hangings of textile, bath mitts, sanitary flannel, adhesive fabric for application by heat, handkerchiefs of textile; bed covers; plastic table covers

CLASS 25: Clothing, namely, beachwear, blouses, coats, dresses, gloves, jackets, jeans, jogging suits, jumpers, neckwear, night shirts, pajamas, night gowns, pants, pullovers, rainwear, shirts, shorts, skirts, sleepwear, singlets, overalls, tracksuits, tights, cardigans, caps being headwear, baseball caps, swimming caps and shower caps, earmuffs for warming, brim bonnets, socks, sport shirts, sweaters, T-shirts, trousers, underclothes, underwear, hosiery, swimming suits, gymnastic suits in the nature of leotards, layettes, waterproof tops as clothing, bottoms as clothing, and footwear, theatrical costumes, neckties, scarves, belts, party hats being fashion hats worn to special events in the nature of weddings, horse races, babies' pants, bathrobes, swimming costumes, bandanas, leg warmers, boas, neck scarfs, hats, boxer shorts, stocking suspenders, brassieres, hoods, gabardines, leotards, combinations clothing, short-sleeve shirts, headbands, jerseys, robes, chasubles, camisoles, short trousers, Halloween costumes, dress-up clothes for use in children's dress-up play, leggings, muffs, slips, ear muffs, topcoats, aprons, shawls, ski gloves, sleep masks, bibs not of paper, knickers, trouser straps, sport singlets, masquerade costumes, waistcoats, footmuffs not electrically heated, mittens, cyclists' jerseys, sun visors being headwear, swimming trunks; footwear; headwear

CLASS 28: Games and playthings, namely, card games, board games, chess games; Games, namely, board games, card games, action skill games, and arcade games; playthings, namely, toy figures, wind-up walking toys, wind-up toys, electrical and mechanical action toys, toy vehicles, non-riding transportation toys, soft sculpture toys, toy boxes, squeezable squeaking toys, water squirting toys, inflatable bath toys, inflatable ride-on toys, ride-on toys, multiple activity toys for children and babies, baby rattles, action crib toys for infants, party favors in the nature of small toys; toys scooters, balls for games, bubble making wand and solution sets, toy building blocks, toy masks, confetti, building games, checker boards, dice, portable games with liquid crystal displays, party paper hats, rocking horses, horseshoe games, kaleidoscopes, skittles, jigsaw puzzles, puppets, toy face masks, matryoshka dolls, toy mobiles, stuffed toys, piñatas, teddy bears, plush, dolls, dolls' beds, doll houses, doll rooms, dolls' clothes, infant rattles, ring games, chessboards, chess games, toy scale model kit cars, toy scale model airplanes, toy scale model kit houses, scale model vehicles, novelty toys for playing jokes, swings, snow sleighs for recreational use, playing balls, water toys, model

plastic toy figurines, models being toys, toys for domestic pets, card games, bases, bats and balls for playing indoor and outdoor games, inflatable toys, theatrical masks, kites, butterfly nets, radio-controlled toy vehicles, toy quoits, dolls feeding bottles; gymnastic and sporting articles not included in other classes, namely, gymnastic apparatus; sporting articles, namely, hand balls, footballs, skippy balls namely, rubber balls designed for riding, balls for games, baseball gloves, discuses for sports, water wings, goalkeepers' gloves, batting gloves, hockey sticks, bags especially designed for skis and surfboards, swimming kick boards, nets for sports, tennis and badminton rackets, roller skates, ice skates, skating boots with skates attaches, skateboards, in-line roller skates, skis, snow shoes, skiboards, surfboards, tables for playing table tennis, indoor football tables, trampolines, sailboards, play swimming pools, swimming belts, swimming jackets, flippers for swimming; decorations for Christmas trees, namely, tinsel balls, ornaments, bells for decorating Christmas trees; electronic games and playthings with build in LCD display, namely, LCD game machines; playing cards

CLASS 35: Advertising; business management; business administration; providing office functions

The mark consists of a stylized rabbit, with dots for eyes and an 'X' shape for a mouth.

OWNER OF INTERNATIONAL REGISTRATION 1380018 DATED 07-07-2017, EXPIRES 07-07-2027

SER. NO. 79-228,777, FILED 01-15-2018

# United States of America

## United States Patent and Trademark Office



**Reg. No. 5,706,346**

**Registered Mar. 26, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Mercis B.V. (NETHERLANDS Besloten Vennootschap (B.V.) )
Johannes Vermeerplein 3
Nl-1071 Dv Amsterdam
NETHERLANDS

CLASS 5: Infant formula; medical plasters; disposable diapers of paper or cellulose

The mark consists of a stylized rabbit wearing a dress, with dots for eyes and an X for a mouth. The dress has a rounded collar and a single button at the top. The rabbit is inside a rectangle with rounded corners.

OWNER OF INTERNATIONAL REGISTRATION 1420153 DATED 06-08-2018, EXPIRES 06-08-2028

SER. NO. 79-239,656, FILED 06-08-2018

Director of the United States
Patent and Trademark Office

# United States of America
## United States Patent and Trademark Office



**Reg. No. 5,706,199**

**Registered Mar. 26, 2019**

**Int. Cl.: 11, 12, 14, 18, 21, 24, 25, 26, 28, 35**

**Service Mark**

**Trademark**

**Principal Register**



*Andrei Iancu*

Director of the United States
Patent and Trademark Office

Mercis B.V. (NETHERLANDS PRIVATE LIMITED LIABILITY COMPANY)
Johannes Vermeerplein 3
Nl-1071 Dv Amsterdam
NETHERLANDS

CLASS 11: Light-emitting diodes (LED) lighting apparatus, namely, LED light bulbs and LED light fixtures; LED light apparatus that clips on to a handbag, used to illuminate handbags; hot water bottles used for warmth; electric light bulbs, electric lamps, electric lamps for Christmas trees, bicycle lights, chandeliers; cushions, electrically heated, not for medical purposes; lamp glasses, lampshades, lamps for lighting, fairy lights for festive decoration, ceiling lamps; reflectors for vehicles; bicycle lights, electric torches for lighting, lighting tubes; heated electric blankets not for medical use; electric kettles; flashlights; electric baby bottle heaters

CLASS 12: Shopping carts; boats; stroller covers, namely, hoods and tarpaulins for prams; tricycles as vehicles; bicycle bells, bicycles, bicycle frames, bicycle chains, bicycle baskets, bicycle stands, bicycle handlebars; hand carts; covers for bicycle saddles and motorcycle saddles, fitted covers for vehicle seats; strollers; child safety seats for vehicles; suitcase racks for bicycles, bicycle carriers for vehicles; wheelbarrows; pedals for bicycles; wheelchairs; fenders for land vehicles, mudguards for bicycles; special bicycle pannier bags; vessels, ferry boats; safety belts for vehicle seats, safety harnesses for vehicle seats; wheels for bicycles; sunshades for automobiles

CLASS 14: Precious metals and their alloys and goods in precious metals or coated therewith, namely, jewelry bracelets, jewelry charms, figurines of precious metal, jewels, jewelry brooches, tie pins, electric clocks and watches, jewelry necklaces, charms for jewelry, watch cases being parts of watches, watch chains, timepieces, precious jewels, jewelry boxes, clock cases being parts of clocks, jewelry chains, clocks, beads for making jewelry, cufflinks, jewelry medallions, collectible coins, earrings; jewelry, namely, pearls; Wristwatches; jewelry, namely, rings; cases for watches, namely, cases adapted for holding watches; ornamental lapel pins, key rings comprised of split rings with decorative trinkets or fobs, Cloisonné pins, stopwatches; costume jewelry, namely, paste jewelry; alarm clocks, precious stones, horological and chronometric instruments

CLASS 18: Leather and imitation leather traveling bags, suitcases, shopping bags, trunks, weekend bags, overnight bags, backpacks, all-purpose sport bags, gym bags, beach bags, book bags, tote bags, shoulder bags, cosmetic cases sold empty, animal leashes, pouch baby carriers, sling bags for carrying infants, collars for animals, umbrella covers, credit card

holders, wallets, business card holders in the nature of card cases, company card holders being business card cases, purses, clothing for animals, rucksacks, leather straps, music cases, billfolds, briefcases and suitcases, leashes for animals, leather shoulder straps, key cases; umbrellas and parasols; walking sticks; whips, harnesses and saddlery

CLASS 21: Household or kitchen utensils and containers not of precious metal or coated therewith namely, kitchen containers, ice cube molds, coffee service in the nature of table ware, tea services in the nature of table ware, flasks, glass jars, cookie jars, candy jars sold empty, earthenware jars; mugs, plates, dishes, bowls, cups, egg cups, saucers, toilet paper roll dispensers, dustbins; inflatable bath tubs for babies; skillets, cookery molds, window-boxes; covers, not of paper, for flower pots; flower pots, boxes for sweetmeats; busts of china, terra-cotta or glass; bread baskets for domestic use, bread boards, bread bins; pastry cutters; trays for domestic purposes; mugs, drinking vessels, straws for drinking; plates, disposable table plates, chopsticks; toothbrushes; buckets; flasks, bottles, sold empty; watering cans; containers for household or kitchen use; cookie cutters; cages for pets; coasters, not of paper or textile; trivets; oven mitts; waste paper baskets; fitted picnic baskets including melamine table ware; cutting boards for the kitchen; piggy banks; flower vases; sugar bowls; tart scoops; cake molds; toothpick holders, toothpicks; floss for dental purposes; tea infusers, tea cozies, teapots, tea strainers; insulating flasks; toilet brushes, toilet roll holders, toilet brush holders; heat-insulated containers for household use; heat-insulated containers for beverages; thermally insulated containers for food; soap dispensers, soap dishes, soap boxes; non-electric heaters for feeding bottles; non-electric combs; bath sponges and body sponges for children; combs for animals; bath brushes; cosmetic brushes; hair brushes, brush-making materials; beverage glassware; statues of porcelain, ceramic, earthenware or glass

CLASS 24: Face towels of textiles, textile serviettes, quilts of textile, bath linen except clothing; plastic banners; bed linen; quilts; unfitted fabric furniture covers; bed blankets; bed covers of paper; door curtains; fabrics for textile use; diaper changing cloths for babies; shower curtains of textile or plastic; labels of cloth; curtains of textile or plastic; towels; cushion covers; household linen; pillowcases; bed sheets; sleeping bag liners; textile coasters; fitted toilet lid covers of fabric; textile place mats; lap robes, namely, travelling rugs; Tablecloths and table linen, not of paper; textile table runners; tablemats of textile; table napkins of textile; textile flags, not of paper; wall hangings of textile; bath mitts; sanitary flannel; adhesive fabric for application by heat; handkerchiefs of textile; bed covers and plastic table covers

CLASS 25: Clothing, namely, aprons, babies' pants, bottoms, bathing costumes; bath wraps, namely, bathrobes; beachwear; belts as clothing; bibs, not of paper; blouses; boxer shorts; brassieres; brim bonnets; camisoles; cardigans; chasubles; children's clothing, namely, knickers; clothing for gymnastics, namely, leotards; skirts; jackets; coats; combinations as clothing; cyclists' jerseys; dance costumes; dresses; earmuffs for warming; footmuffs, not electrically heated; gabardines; gloves; Halloween costumes; headbands; hoods as clothing; hosiery; jeans; jerseys; jogging suits; jumpers; knitwear clothing, namely, sweaters, layettes; leg warmers; leggings; masquerade costumes; mittens; mufflers, namely, neck scarfs; muffs; necklets, namely, boas, neckties, neckwear; night gowns, night shirts; overalls; pajamas; pants; paper clothing, namely, pullovers; rainproof clothing, namely, rainwear; ready-to-wear clothing, namely, t-shirts, robes, scarves, shawls, shirts, short trousers, shorts, singlets, ski gloves, sleep masks, sleepwear, socks, sports singlets, stocking suspenders, swimming costumes, swimming suits, swimming trunks, tights, topcoats, tracksuits, trouser straps, trousers; underclothes; undergarments, namely, slips, underwear; waistcoats; waterproof tops; footwear; headgear, namely, caps, hats; headscarves, namely, bandanas; shower caps; sun visors being headwear; swimming caps

CLASS 26: Lace and embroidery, buttons, hooks and eyes, sewing pins and needles; artificial flowers

CLASS 28: Games and playthings, namely, card games, board games, chess games, electronic games for the teaching of children, electronic games other than those adapted for use with television receivers only; skippy balls, namely, rubber balls designed for riding; toy scooters; balls for games; baseball gloves; bubble making wand and solution sets; toy building blocks; toy masks; confetti; building games; checkerboards; dice, dominoes; portable games with liquid crystal displays; fairground ride apparatus, namely, ride-on game

machines; water wings; party favors in the nature of small toys; paper party hats; goalkeeper gloves; batting gloves; rocking horses; horseshoe games; bags especially designed for skis and surfboards; kaleidoscopes; skittles; jigsaw puzzles; puppets; toy face masks; matryoshka dolls, namely, wooden nested Russian dolls; toy mobiles; stuffed toys; piñatas; teddy bears; plush toys; dolls; dolls' beds; doll houses; dolls' rooms; dolls' clothes; infants' rattles; ring games; roller skates; chessboards; scale model kits toys, namely, toy model kit cars, toy model kit airplanes, toy model kit houses, scale model vehicles; ice skates; novelty toys for playing jokes; skating boots with skates attached; swings; skateboards; in-line roller skates; snow globes; snowshoes; water toys; toy models; toys for domestic pets; game apparatus, namely, bases, bats, and balls for playing indoor and outdoor games; inflatable toys; indoor football tables; theatrical masks; trampolines; LCD game machines; kites; butterfly nets; radio-controlled toy vehicles; toy vehicles; toy quoits; sailboards; dolls' feeding bottles; play swimming pools; swimming belts; swimming jackets; flippers for swimming; gymnastic apparatus; discuses for sports; hockey sticks; swimming kick boards; knee guards for athletic use; nets for sports; tennis and badminton rackets; skis; snow sleighs as playthings; snow boards; surfboards; tables for table tennis; decorations for Christmas trees

CLASS 35: Advertising; business management; business administration; office functions

The mark consists of a stylized rabbit wearing a dress, with dots for eyes and an 'X' for a mouth. The dress has a rounded collar and a single button at the top.

PRIORITY DATE OF 08-15-2017 IS CLAIMED

OWNER OF INTERNATIONAL REGISTRATION 1410892 DATED 12-21-2017, EXPIRES 12-21-2027

SER. NO. 79-235,799, FILED 12-21-2017

# United States of America
## United States Patent and Trademark Office

### miffy



**Reg. No. 6,727,656**

**Registered May 24, 2022**

**Int. Cl.: 11, 16, 18, 25, 28**

**Trademark**

**Principal Register**

Mercis B.V  (NETHERLANDS besloten vennootschap (b.v.) )
Johannes Vermeerplein 3
Amsterdam, NETHERLANDS 1071DV

CLASS 11: Apparatus for lighting, namely, electric lamps, electric lights for Christmas trees, lamps, fairy lights for festive decoration, LED light machines, LED mood lights, LED light strips for decorative purposes, wall lights, battery operated tap lights, battery operated night lights

FIRST USE 6-1-2011; IN COMMERCE 6-1-2011

CLASS 16: Paper, cardboard and goods made from these materials, namely, stickers, postcards, calendars, notebooks, printed matter, namely, children's activity books, children's books, coloring books, baby books, children's magazines; stationery, namely, pens, pencils, pencil cases; printing blocks; rubber stamps; artists' materials for children, namely, colour-pencils, coloured chalk, felt pens; paint brushes, and painting sets for children; printed teaching materials for children in the field of math, science, music, and a variety of educational disciplines in pre-school through eighth grade; plastic bags and plastic bubble packs for packaging; paper napkins; paper towels; paper handkerchiefs

FIRST USE 6-1-2011; IN COMMERCE 6-1-2011

CLASS 18: Imitation leather goods namely, trunks and travelling bags; leather goods, namely, trunks and travelling bags; bags, namely, travel bags, overnight bags, backpacks, all-purpose sport bags, gym bags, beach bags, book bags, school book bags, leather shopping bags, textile shopping bags, tote bags, shoulder bags; umbrellas, parasols; wallets; purses

FIRST USE 4-1-2015; IN COMMERCE 4-1-2015

CLASS 25: Clothing, namely, beachwear, blouses, coats, dresses, gloves, jackets, jeans, jogging suits, jumpers, neckwear, night shirts, pajamas, pants, pullovers, rainwear,



*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



shirts, shorts, skirts, sleepwear, socks, sport shirts, sweaters, T-shirts, trousers, underclothes, underwear; footwear, headwear

FIRST USE 4-1-2015; IN COMMERCE 4-1-2015

CLASS 28: Games, playthings, gymnastic and sporting articles not included in other classes, namely, hand balls, toys, namely, toy figures, wind-up walking toys, wind-up toys, electrical and mechanical action toys, toy mobiles, toy vehicles, non-riding transportation toys, plush toys, soft sculpture toys, toy boxes, squeezable squeaking toys, water squirting toys, inflatable bath toys, inflatable ride-on toys, ride-on toys, multiple activity toys for children and babies, baby rattles, teethers, action crib toys for infants, jigsaw puzzles, party favors in the nature of small toys; party hats made of paper or plastic; party hats

FIRST USE 6-1-2011; IN COMMERCE 6-1-2011

The mark consists of the word miffy above a cartoon bunny wearing a collared shirt with a single button at the top standing inside of a rectangular outline.

SER. NO. 90-493,923, FILED 01-28-2021

Int. Cls.: 9, 16, 18, 25, and 28

Prior U.S. Cls.: 1, 2, 3, 5, 21, 22, 23, 26, 29, 36, 37, 38, 39, 41, and 50

Reg. No. 2,482,597

## United States Patent and Trademark Office

Registered Aug. 28, 2001

## TRADEMARK
## PRINCIPAL REGISTER

# MIFFY

JOHANNES VERMEERPLEIN 3 (NETHERLANDS CORPORATION)
1071 DV AMSTERDAM, NETHERLANDS

FOR: APPARATUS FOR RECORDING, TRANSMISSION OR REPRODUCTION OF SOUND OR IMAGES, NAMELY, STEREO RECEIVERS AND AUDIO CASSETTE PLAYERS; MAGNETIC DATA CARRIERS, NAMELY, COMPUTER DISCS, RECORDING DISCS, AUDIO AND VIDEO CASSETTES, VIDEO TAPES, COMPACT DISCS, LASER DISCS, MINI DISCS, ALL FEATURING CHILDREN'S FILMS, MUSIC AND/OR CHILDREN'S STORIES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-0-2000; IN COMMERCE 4-0-2000.

FOR: PRINTED MATTER, NAMELY CHILDREN'S ACTIVITY BOOKS, CHILDREN'S BOOKS, COLORING BOOKS, BABY BOOKS, GENERAL FEATURE MAGAZINES, CHILDREN'S MAGAZINES, ALL FEATURING, OR SOLD IN CONNECTION WITH, THE LIKENESS OF A BUNNY CHARACTER BY THE SAME NAME, FEATURED IN CHILDREN'S BOOKS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 10-0-1998; IN COMMERCE 10-0-1998.

FOR: LEATHER AND IMITATIONS OF LEATHER, AND GOODS MADE OF THESE MATERIALS AND NOT INCLUDED IN OTHER CLASSES, NAMELY, TRUNKS AND TRAVELLING BAGS; BAGS, NAMELY, TRAVEL BAGS, CARRY-ON BAGS, OVERNIGHT BAGS, DUFFEL BAGS, BACKPACKS, ALL PURPOSE SPORT BAGS, GYM BAGS, BEACH BAGS, BOOK BAGS, SCHOOL BOOK BAGS, LEATHER SHOPPING BAGS, TEXTILE SHOPPING BAGS, TOTE BAGS, SHOULDER BAGS, LEATHER MERCHANDISE BAGS; UMBRELLAS, PARASOLS; WALLETS, PURSES, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

FOR: CLOTHING, NAMELY BATHING SUITS, BEACHWEAR, BLOUSES, COATS, COVERALLS, CRAVATS, DRESSES, GLOVES, JACKETS, JEANS, JOGGING SUITS, JUMPERS, NECKWEAR, NIGHT GOWNS, NIGHT SHIRTS, PAJAMAS, PANTS, PULLOVERS, RAINWEAR, SHIRTS, SHORTS, SKIRTS, SLEEPWEAR, SOCKS, SPORT SHIRTS, SUITS, SWEATERS, T-SHIRTS, BOW TIES, TROUSERS, UNDERCLOTHES, UNDERWEAR, WARMUP SUITS; FOOTWEAR AND HEADWEAR, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 3-0-2000; IN COMMERCE 3-0-2000.

FOR: HAND BALLS; BABY RATTLES; JIGSAW PUZZLES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-1998; IN COMMERCE 10-0-1998.

SN 75-150,486, FILED 8-15-1996.

REBECCA GILBERT, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office

# MIFFY

**Reg. No. 5,663,610**

**Registered Jan. 29, 2019**

**Int. Cl.: 11, 12, 14, 16, 21, 24, 25, 26, 28, 35**

**Service Mark**

**Trademark**

**Principal Register**

Mercis B.V. (NETHERLANDS BESLOTEN VENNOOTSCHAP (B.V.))
Johannes Vermeerplein 3
NI-1071 Dv Amsterdam
NETHERLANDS

CLASS 11: Lamp globes; hot water bottles; arc lamps; electric incandescent lamps; electric lamps; lights, electric, for Christmas trees; bicycle lights; lamp glasses; chandeliers; heating pads electric, not for medical purposes; lampshade holders; lamp shades; lamps; fairy lights for festive decoration; light-emitting diodes (LED) lighting apparatus, namely, LED lighting fixtures; LED light apparatus that clips on to a handbag, used to illuminate handbags; vehicle lights; ceiling lights; lamp reflectors; reflectors for vehicles; bicycle lights namely, directional lights for bicycles; Torches for lighting, namely, battery-operated torches for lighting and battery-operated portable flashlights; LED safety lamps; blankets, electric, not for medical purposes; footmuffs, electrically heated; electric kettles; pocket warmers, namely, electric pocket warmers for warming hands and non-electric pocket warmers in the nature of chemically-activated heating packets for warming hands; pocket searchlights; heaters, electric, for feeding bottles

CLASS 12: Vehicle scooters, namely, motor scooters for children; tricycles not being toys for children; bells for bicycles, and cycles; bicycles; baskets adapted for bicycles; cycle saddles, namely, saddles for bicycles; saddle covers for bicycles or motorcycles; fitted seat covers for vehicles; dress guards for bicycles and cycles; pushchair hoods; baby carriages; safety seats for children, for vehicles; bells for bicycles, cycles and motor cycles; wheelchairs for transporting invalids; saddlebags adapted for bicycles; water vehicles, namely, inflatable rubber boats for children, not being toys; safety belts for vehicle seats; safety harnesses for vehicle seats for motor cars; saddles for cycles and motorcycles; car sun blinds, namely, sun blinds adapted for automobiles

CLASS 14: Jewelry bracelets; jewelry charms; figurines of precious metal; jewels; jewelry brooches; tie pins; clocks and watches, electric; jewelry necklaces; charms for jewelry; watch cases, namely, watch cases being parts of watches; watch chains; timepieces; precious jewels; jewelry boxes; clock cases, namely, cases being parts of clocks; jewelry chains; clocks; beads for making jewelry; cufflinks; jewelry medallions; collectible coins; earrings; jewelry, namely, pearls; wristwatches; jewelry, namely, rings; cases for watches, namely, cases adapted for holding watches; ornamental lapel pins; key rings comprised of split rings with decorative trinkets or fobs; Cloisonné pins; stopwatches; costume jewelry, namely, paste jewellery; horological instruments; alarm clocks

CLASS 16: Paper, cardboard; printed matter, namely, children's activity books, children's books, coloring books, baby books, magazines in the field of children's interest, printed invitations, general feature magazines; adhesives for stationery or household purposes; artists' materials, namely, moulds for modelling clays, arts and crafts materials for children, namely, arts and craft paint kits, paint brushes, colored chalk; paint brushes; instructional and teaching material, except apparatus, namely, printed instructional and teaching material in the field of math, music, and a variety of educational disciplines in pre-school through eighth grade; posters; placards of paper or cardboard; prints engravings; tissues of paper for removing make-up; scrapbooks; aquarelles; baby books in the field of travel books, recipe books, sketch



**Director of the United States Patent and Trademark Office**

books, children's' books; bookmarkers; bookends; booklets in the field of travel booklets, recipe booklets, sketch booklets, children's' booklets; modelling clay; modelling materials for use by children; modelling paste; modelling wax, not for dental purposes; embroidery designs patterns; postcards; writing paper; desk file trays; catalogues in the field of travel, recipe, sketch and children; pen clips; paper towels; face towels of paper; stands for pens and pencils; charcoal pencils; calendars; office requisites, namely, rubber bands, staplers, staple removers, hole punchers; cardboard articles, namely, cardboard packaging; drawer liners of paper, perfumed or not; stationery, namely, announcement cards; adhesive tapes for stationery or household purposes; office requisites, namely, clip boards; cardboard tubes; writing chalk; song books; square rulers for drawing; loose-leaf binders; notebooks; teaching materials, except apparatus, namely, instructional and teaching material in the field of math, music, and a variety of educational disciplines in pre-school through eighth grade; drink coasters of paper; stationery, namely, document files; rub down transfers; wrapping paper; palettes for painters; drawing instruments in the nature of pantographs; paper-clips; passport covers; compasses for drawing; pastel crayons; penholders; office requisites, namely, pens; pen boxes; paint brushes for children; place mats of paper; pencils; pencil holders; pencil sharpeners, electric or non-electric; pencil sharpening machines, electric or non-electric; pencil leads; pencil lead holders; pictures; paperweights; mechanical pencil sharpeners; conical paper bags; painters' easels; canvas for painting; school supplies, namely, stationery; blackboards; writing or drawing books; stationery; writing materials, namely, notebooks, pens, pencils, colour pencils; writing cases sets comprised of notebooks, pencils, pens, rubber erasers, drafting rulers, mechanical pencil sharpener; writing instruments; writing slates; shields being stationery paper seals; desk pads; paper bows for gift wrap; comic strips; comic books; table linen of paper; tablemats of paper; table napkins of paper; drawing materials for blackboards; sketch pads; drawing squares; drawing sets comprised of color pencils, drawing pens, rubber eraser, drawing ruler, mechanical pencil sharpener, drawing boards, crayons, watercolor pictures; drawings; drawing instruments; drafting rulers; flags of paper; stationary, namely, paper sheets for note taking; paint trays; articles for use in school, namely, paint boxes; rubber erasers; fountain pens; artists watercolor saucers; periodicals, namely, printed periodicals in the field of children's' stories, and children's' music; greeting cards; musical greeting cards; globes; paper handkerchiefs; garbage bags, envelopes, pouches of paper or plastics, for packaging; paper bags for packaging; sealing stamps

CLASS 21: Household or kitchen utensils and containers, namely, kitchen containers, silicone ice cube molds; combs; sponges, namely, body sponges for children; brushes except paint brushes, namely, bath brushes, cosmetic brushes; beverage glassware, porcelain mugs and earthenware jars; tea services in the nature of table ware, flasks, mason jars, mugs, plates, dishes, bowls, cups, egg cups, saucers; toilet paper roll dispensers; dustbins; baby baths, portable, namely, inflatable bath tubs for babies; skillets; cookery molds; statues of porcelain, ceramic, earthenware or glass; cups of paper and cups of plastic; painted beverage glassware; window-boxes; covers, not of paper, for flower pots; flower pots; boxes for sweetmeats; busts of china, terra-cotta or glass; bread baskets, for domestic use; bread boards; bread bins; pastry cutters; trays for domestic purposes, of paper; trays for domestic purposes; mugs; drinking vessels; straws for drinking; plates; disposable table plates; chopsticks; egg cups; toothbrushes, electric; buckets; buckets made of woven fabrics; flasks; bottles, sold empty; watering cans; glass bowls; containers, namely, glass flasks; glass containers for household use; containers for household or kitchen use; kitchen containers; combs for animals; cookie cutters; cookie jars; cages for pets; cups; glassware, namely, crystal beverage glassware; coasters, not of paper and other than table linen or textile; trivets as table utensils; oven mitts; waste paper baskets; fitted picnic baskets including melamine dishes; dishes; paper plates; salad bowls; cutting boards for the kitchen; soup bowls; piggy banks; holders for flowers and plants, namely, flower vases; sugar bowls; tart scoops; cake moulds; toothbrushes, manual; toothpick holders; toothpicks; floss for dental purposes; tea infusers; tea cosies; teapots; tea services in the nature of tableware; tea strainers; insulating flasks; toilet brushes; toilet roll holders; toilet cases, namely, toilet brush holder; cookery moulds; ice cube molds; heat-insulated containers for household use; heat-insulated containers for beverages; thermally insulated containers for food; soap dispensers; soap dishes; soap boxes; heaters for feeding bottles, non-electric

CLASS 24: Textiles and textile goods, not included in other classes, namely, face towels of textiles, textile serviettes, quilts of textile; bed covers; plastic table covers; bath linen except

clothing; plastic banners; bed linen; quilts; coverings for furniture, namely unfitted fabric furniture covers; bed blankets; bed covers of paper; door curtains; fabrics for textile use; diaper changing cloths for babies; shower curtains of textile or plastic; labels of cloth; curtains of textile or plastic; towels; face towels made of textile materials; cushion covers; household linens; pillowcases; bed sheets; sleeping bag liners; textile coasters; fitted toilet lid covers of fabric; place mats, not of paper, namely, textile place mats; lap robes, namely, travelling rugs; tablecloths, not of paper; table linen, not of paper; textile table runners; tablemats, not of paper, namely, tablemats of textile; textile napkins, namely, table napkins of textile; textile flags, not of paper; wall hangings of textile; bath mitts; sanitary flannel; adhesive fabric for application by heat; handkerchiefs of textile

CLASS 25: Clothing, namely, beachwear, blouses, coats, dresses, gloves, jackets, jeans, jogging suits, jumpers, neckwear, night shirts, pajamas, night gowns, pants, pullovers, rainwear, shirts, shorts, skirts, sleepwear, singlets, overalls, tracksuits, tights, cardigans, caps being headwear, baseball caps, swimming caps and shower caps, earmuffs for warming, brim bonnets, socks, sport shirts, sweaters, T-shirts, trousers, underclothes, underwear, hosiery, swimming suits, gymnastic suits in the nature of leotards, layettes, waterproof tops as clothing, bottoms as clothing, and footwear, theatrical costumes, neckties, scarves, belts, party hats being fashion hats worn to special events in the nature of weddings, or horse races; footwear; headwear; babies' pants; clothing layettes; bathwraps, namely, bathrobes; swimming caps; swimming costumes; bath sandals; bath slippers; headscarves, namely, bandanas; leg warmers; overalls; necklets, namely, boas; mufflers, namely, neck scarfs; outerclothing, namely, hats, coats, gloves; boxer shorts; hosiery; stocking suspenders; brassieres; hoods as clothing; belts as clothing; ready-to-wear clothing, namely, t-shirts; neckties; shower caps; gabardines; waterproof clothing, namely, jackets and pants; knitwear clothing, namely, shirts, dresses, sweaters; clothing for gymnastics, namely, leotards; gymnastic shoes; scarves; clothing, namely, gloves; combinations clothing; shirts; short-sleeve shirts; hats; hats of paper for use as clothing items; top hats; headbands being clothing; clothing, namely, jackets; clothing, namely, jerseys; robes; chasubles; clothing of imitations of leather, namely, hats, skirts, jackets; leather clothing, namely, hats, skirts, jackets; paper clothing, namely, hats, skirts, jackets; wooden shoes; camisoles; short trousers; ankle boots; dance costumes, bathing costumes, masquerade costumes, theatrical costumes, Halloween costumes, costumes for use in children's dress-up play clothes; boots; leggings; clothing, namely, muffs; caps being headwear; underwear; undergarments, namely, slips; clothing, namely, ear muffs; topcoats; pajamas; skirts; sandals; clothing, namely, aprons; shawls; ski gloves; ski boots; sleep masks; bibs, not of paper; knickers; children's clothing, namely, knickers; socks; trouser straps; sports singlets; athletic footwear; athletic shoes, sport shoes; beachwear; beach shoes; sweaters; felted boots, namely, valenki; masquerade costumes, Halloween costumes, dress-up costumes for use in children's dress-up play; waistcoats; footmuffs, not electrically heated; mittens; rainproof clothing, namely, jackets; cyclists' clothing, namely, cyclists' jerseys; sun visors being headwear, swimming trunks

CLASS 26: Lace and embroidery, hair ribbons and braids; buttons, hooks and eyes, sewing pins and needles; artificial flowers; appliqués haberdashery; ornamental novelty badges; braids; embroidery; knitting needles; bows for the hair; buttons; elastic ribbons; haberdashery, except thread, namely, haberdashery ribbons and braid; haberdashery clothing hooks for children; hair bands; barrettes; bobby pins; hair pins; beads, other than for making jewelry; artificial plants; heat adhesive patches for decoration of textile articles, haberdashery; artificial garlands; pins, other than jewelry, being hair pins; brooches, for clothing

CLASS 28: Games and playthings, namely, card games, board games, chess games, electronic games for the teaching of children, electronic games other than those adapted for use with television receivers only; gymnastic and sporting articles not included in other classes, namely, gymnastic apparatus; skippy balls, namely, rubber balls designed for riding; decorations for Christmas trees, namely, tinsel and balls ornaments for decorating Christmas trees; toy scooters; balls for games; baseball gloves; soap bubbles toys, namely, bubble making wand and solution sets; board games; toy building blocks; toy masks; confetti; building games; checkerboards; discuses for sports; dice; dominoes; portable games with liquid crystal displays; fairground ride apparatus, namely, ride-on game machines; water wings; party favors in the nature of small toys; paper party hats; gloves for games, namely, goalkeeper gloves; accessories for games, namely, batting gloves; rocking horses; hockey sticks; horseshoe games; bags especially designed for skis and surfboards; kaleidoscopes;

games, namely, skittles; Christmas trees of synthetic material; Ornaments for Christmas trees, except illumination articles and confectionery; swimming kick boards; bells for Christmas trees; sports articles, namely, knee guards for athletic use; small balls for games; artificial snow for Christmas trees; jigsaw puzzles; puppets; toy face masks; matryoshka dolls, namely, wooden nested Russian dolls; toy mobiles; sporting articles, namely, nets for sports; stuffed toys; piñatas; teddy bears; plush toys; dolls; dolls' beds; doll houses; doll rooms; dolls' clothes; tennis and badminton rackets; playthings, namely, infant rattles; ring games; roller skates; chessboards; chess games; scale model kits toys, namely, toy model kit cars, toy model kit airplanes, toy model kit houses; scale model vehicles; ice skates; practical jokes novelties, namely, novelty toys for playing jokes; skating boots with skates attached; swings; skateboards; in-line roller skates; skis; sports articles, namely, snow sleighs for recreational use; snow globes; snowshoes; sporting articles, namely, skiboards; playing balls; toys, namely, water toys; model plastic toy figurines; models being toys; toys for domestic pets; card games; game apparatus, namely, bases, bats, and balls for playing indoor and outdoor games; inflatable toys; Christmas tree stands; surfboards; tables for table tennis; indoor football tables; theatrical masks; trampolines; LCD game machines; kites; butterfly nets; radio-controlled toy vehicles; toy vehicles; toy quoits; sailboards; dolls' feeding bottles; play swimming pools; swimming belts; swimming jackets; flippers for swimming

CLASS 35: Advertising; business management; business administration; providing office functions

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 2393442, 2482597

OWNER OF INTERNATIONAL REGISTRATION 1397383 DATED 08-21-2017, EXPIRES 08-21-2027

SER. NO. 79-230,237, FILED 08-21-2017

# United States of America

## United States Patent and Trademark Office

# MIFFY

**Reg. No. 5,706,279**

**Registered Mar. 26, 2019**

**Int. Cl.: 5**

**Trademark**

**Principal Register**

Mercis B.V. (NETHERLANDS Besloten Vennootschap (B.V.) )
Johannes Vermeerplein 3
Nl-1071 Dv Amsterdam
NETHERLANDS

CLASS 5: Infant formula; medical plasters; babies' diaper-pants; babies' diapers

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF INTERNATIONAL REGISTRATION 1415479 DATED 06-08-2018, EXPIRES 06-08-2028

SER. NO. 79-237,713, FILED 06-08-2018



Director of the United States
Patent and Trademark Office