# EXHIBIT 2

# CERTIFICATE OF REGISTRATION



OFFICIAL SEAL

This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

REGISTER OF COPYRIGHTS
United States of America

**FORM GATT**
For a Restored Work
UNITED STATES COPYRIGHT OFFICE

REGIST:

VA 1-054-563



TX____ PA____ (VA)____ SR____ SRU____

EFFECTIVE DATE OF REGISTRATION

11 / 30 / 00
Month  Day  Year

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.

**1 a** TITLE: MIFFY

English translation:

**b** DESCRIPTION OF THE WORK: (Check one or more)
- ☐ literary work
- ☐ musical work, including any accompanying words
- ☐ dramatic work, including any accompanying music
- ☐ pantomime or choreographic work
- ☒ pictorial, graphic, or sculptural work
- ☐ motion picture or other audiovisual work
- ☐ architectural work
- ☐ sound recording, created in _____ (year)

**2 a** AUTHOR(S):
Name: HENDRIK MAGDALENUS BRUNA
Citizenship (when work was created): NETHERLANDS
Domicile (when work was created): NETHERLANDS
Date of death:

**b** Name:
Citizenship (when work was created):
Domicile (when work was created):
Date of death:

**3** YEAR AND NATION OF PUBLICATION: (If work was published, give the year and nation in which it was first published.)
Year: 1963
Nation: NETHERLANDS

**4 a** OWNER(S) OF U.S. COPYRIGHT:
Name: MERCIS B.V.
Address: JOHANNES VERMEERPLEIN 3
1071 DV AMSTERDAM, THE NETHERLANDS

**b** Means by which copyright ownership was transferred (if owner is not the author):
BY WRITTEN ASSIGNMENT

APPLICATION RECEIVED
NOV 30 2000
DEPOSIT RECEIVED
NOV 30 2000
FUNDS RECEIVED

EXAMINED BY                                    FORM GATT
CHECKED BY
                CORRESPONDENCE                 FOR
                ☐ Yes                          COPYRIGHT
                                               OFFICE
                                               USE
                                               ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE FORM GATT/CON.**

**LIMITATION OF COPYRIGHT:** If the registration does not extend to the entire work, describe the material that is covered by the registration: (See instructions)

**5**

**PREVIOUS REGISTRATION:** If this work was ever registered in the U.S. Copyright Office, give the registration number and year if known:

**6**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a deposit account established in the Copyright Office, give the name and number of that account. Do not give credit card information on this form.
Name ▼                                          Account Number ▼

**7**

**CORRESPONDENCE.** Give the name and address to which correspondence about this application should be sent.   ☐ Same as space 4a.
John Devenny, Esq.                                                                  ☒ Same as space 9.
Fross Zelnick Lehrman & Zissu, P.C.
866 U.N. Plaza
New York, New York 10017

Area or country code and telephone number ▶ 212-813-5900    Email ▶ jdevenny@frosszelnick.com    Fax number ▶ 212-813-5901

**CERTIFICATION*** I, the undersigned, hereby certify that I am the: (Check one)
☐ Author
☐ Owner of U.S. copyright
☒ Agent of _____ MERCIS B.V. _____
            (Name of author or owner of U.S. copyright)
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name:  JOHN DEVENNY                    Date: 11/29/00

👉 Handwritten signature (X) ▼

**8**

Certificate will be mailed in a window envelope to this address:

| Name ▼ | John Devenny |
| | Fross Zelnick Lehrman & Zissu, P.C. |
| Number/Street/Apt ▼ | 866 U.N. Plaza |
| City/State/ZIP ▼ | New York    New York    10017 |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

June 1999—8,000
WEB REV: June 1999

⊕ PRINTED ON RECYCLED PAPER

*U.S. GOVERNMENT PRINTING OFFICE: 1999-454-879/37

